# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUHAMMAD KHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 19-cv-2586-CJN |
| ) | |
| GEORGETOWN UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANT GEORGETOWN UNIVERSITY

PLEASE TAKE NOTICE that Aaron J. Kornblith hereby withdraws his appearance as counsel for Defendant Georgetown University and requests removal from the service lists in the above captioned matter.

Henry A. Platt and Saul Ewing Arnstein & Lehr LLP will continue to serve as counsel for Defendant Georgetown University.

Dated: June 15, 2022                     Respectfully submitted,

*/s/ Aaron J. Kornblith*
Aaron J. Kornblith (D.C. Bar No. 1024077)
aj.kornblith@saul.com
Henry A. Platt, (Fed. Bar No. 425994)
Henry.platt@saul.com
Saul Ewing Arnstein & Lehr LLP
1919 Pennsylvania Avenue, NW, Suite 550
Washington, DC 20006
(202) 345-3447  Telephone

*Counsel for Defendant Georgetown University*

## CERTIFICATE OF SERVICE

I certify, that on this 15th day of June 2022, true and correct copies of the following **NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANT GEORGETOWN UNIVERSITY**, was filed via the Court's NEXTGEN System, with a copy sent via U.S. Mail to the following *pro se* party:

>Muhammad Khan
>#ECP265
>150 West Hedding Street
>San Jose, CA 95110
>*Plaintiff – Pro Se*

*/s/ Aaron J. Kornblith*
Aaron J. Kornblith